**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHENGLIANG-US, et al.,<br><br>*Defendants.* | **FILED UNDER SEAL**<br><br>Civ. Act. No. 1:26-CV-04116-JPB |

**DEFENDANTS' COMBINED MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER AND OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendants KOTEK International Limited d/b/a COTEKUS ("COTEKUS," Doe No. 2), Superbuy Inc. d/b/a GoplusUS ("GoplusUS," Doe No. 4), LDAILY International Limited d/b/a LDAILY ("LDAILY," Doe No. 7), and Harhomey International Limited d/b/a Lifezealus ("Lifezealus," Doe No. 76) (collectively, "Moving Defendants"), by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 65(b)(4) for an order vacating or dissolving the Temporary Restraining Order entered on September 4, 2026, (Dkt. #9), as to the Moving Defendants, and further oppose Plaintiffs' Motion for Preliminary Injunction as to the Moving Defendants.

In support of this Motion, the Moving Defendants rely upon the accompanying Memorandum of Law, which is filed contemporaneously herewith, and upon the following declarations and exhibits:

- Declaration of Baohua Shan in Support of Defendant KOTEK International Limited's Motion, with Exhibit 1 (attached as Exhibit A);
- Declaration of Lily Zhou in Support of Defendant Superbuy Inc.'s Motion, with Exhibit 1 (attached as Exhibit B);
- Declaration of Yanrong Shi in Support of Defendant LDAILY International Limited's Motion, with Exhibit 1 (attached as Exhibit C); and
- Declaration of Fangfang Yao in Support of Defendant Harhomey International Limited's Motion, with Exhibit 1 (attached as Exhibit D).

As set forth more fully in the accompanying Memorandum of Law, the Moving Defendants respectfully request that this Court: (1) vacate or dissolve the Temporary Restraining Order as to the Moving Defendants; (2) deny Plaintiffs' Motion for Preliminary Injunction as to the Moving Defendants; or, in the alternative, (3) narrow any injunctive relief to address only the use of "boogie" or "boogie board" in product listings (conduct the Moving Defendants have already voluntarily ceased), release frozen funds attributable to post-cessation sales, and require Plaintiffs to post a substantially increased bond under Rule 65(c).

LDAILY reserves its right to challenge personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). This opposition does not waive that

defense. *See Friends of the Everglades, Inc. v. Sec'y of U.S. Dep't of Homeland Sec.*, No. 25-12873, 2025 WL 2598567 (11th Cir. Sept. 4, 2025).

**WHEREFORE**, the Moving Defendants respectfully request that this Court grant the relief requested herein and in the accompanying Memorandum of Law.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Bryan G. Harrison*
Bryan G. Harrison
Georgia Bar No. 331750
TROUTMAN PEPPER LOCKE LLP
600 Peachtree St. NE, Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 870-4629
Fax: (404) 885-3900
Email:
bryan.harrison@troutman.com

*Counsel for Defendants KOTEK International Limited, Superbuy Inc., LDAILY International Limited, and Harhomey International Limited*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2026, a true and correct copy of the above document was filed via delivery to the Clerk of Court for filing in this sealed action and that courtesy copies of the above were emailed to counsel of record for Plaintiff.

*/s/ Bryan G. Harrison*
Bryan G. Harrison