**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O,<br><br>Plaintiffs,<br><br>v.<br><br>CHENGLIANG-US, et al.,<br><br>Defendants. | Civil Action No.<br>1:26-CV-04116-JPB |

# JOINT STATUS REPORT

Plaintiffs Wham-O Holding, Ltd. and Intersport Corp. d/b/a Wham-O and Defendants COTEKUS (DOE 2), GoplusUS (DOE 4), LDAILY (DOE 7) and Lifezealus (DOE 76) (the "Parties") hereby jointly submit this status report to the Court, as required under the November 2, 2026 Order granting their Joint Motion to Extend Pending Deadlines by Thirty Days.[1]

At this time, the Parties have been engaged in settlement discussions and are actively working toward the resolution of Plaintiffs' claims against the four Defendants at issue, identified above. The Parties will continue their settlement discussions and, regardless of the outcome of such negotiations, will meet the

[1] The CM/ECF docket reflects a November 2, 2026 Minute Entry expressing the Court's ruling but lacks a docket reference to a signed order.

November 30, 2026 deadline for serving their Initial Disclosures and submitting the Joint Preliminary Report and Discovery Plan.

Date: November 23, 2026

Respectfully submitted,

*/s/ Eric L. Register*
Eric L. Register
Georgia Bar No. 599199
Abby Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 372-1155
eregister@whitewoodlaw.com

*Counsel for Plaintiffs*

*/s/ Bryan G. Harrison*
Bryan G. Harrison
Georgia Bar No. 331750
**Troutman Pepper Locke**

*Counsel for Defendants COTEKUS (DOE 2), GoplusUS (DOE 4), LDAILY (DOE 7) and Lifezealus (DOE* 76)